EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

EUGENE SYROTA,

CASE NO:

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION
and KURT WEISS GREENHOUSES, INC.

Defendants.

_______________________________/

**COMPLAINT**

COMES NOW, the Plaintiff, EUGENE SYROTA (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and hereby sues the Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "COSTCO"), and KURT WEISS GREENHOUSES, INC. (hereinafter referred to as "KW") and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for damages that exceed the sum of FIFTY THOUSAND ($50,000.00) DOLLARS, exclusive of interest and costs.

2. Venue is proper in this judicial circuit because the causes of action accrued in Broward County and because the damages suffered by the Plaintiff are the result of an incident that occurred in Broward County, Florida

**PARTIES**

3. At all times material to this complaint, Plaintiff was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

4. At all times material hereto, Defendant, COSTCO, upon information and belief,

was and is a Florida corporation or other business entity authorized to do business in the State of Florida, and doing business in Davie, Florida.

5. At all times material hereto, Defendant, KW, is a New York Corporation headquartered in Center Moriches, New York, conducting business in the State of Florida

6. All conditions precedent to instituting this complaint have been met.

**GENERAL ALLEGATIONS**

7. On or about November 17, 2023, Plaintiff was lawfully shopping at Defendant, COSTCO's, store located at 1890 S University Dr #91b, Davie, FL 33324.

8. At that time and place, Plaintiff attempted to retrieve a poinsettia plant from a cart owned and stocked by Defendant, KW.

9. As the Plaintiff attempted to retrieve the plant from the cart, the cart rolled from its original spot, causing the Plaintiff to fall.

10. As a result of Plaintiff's fall, he suffered severe and permanent bodily injuries, as well as pain and suffering.

**COUNT I - NEGLIGENCE CLAIM AGAINST DEFENDANT, COSTCO WHOLESALE CORPORATION**

Plaintiff realleges and reavers paragraphs 1 through 10 above, as if fully set forth herein

11. At all times hereto, Defendant, COSTCO, owned, operated, maintained, and/or controlled the location where Plaintiff fell.

12. Defendant, COSTCO, by and through its agent and/or employees, owed a duty to persons, such as Plaintiff to:

a. Maintain a safe environment whereby business invitees could shop without fear of injury;

b. Ensuring that vendors, partners, employees and/or other companies selling products

on the premises maintained their own displays in a manner so as not to create a hazard for business invitees on the premises;

c. Inspect the displays placed throughout the store to ensure there was no risk of danger or potential injury occurring as a result of the display set up;

d. Place warning signs or notices to make business invitees aware of any hazards surrounding product displays within its own premises; and/or,

e. Put safety measures in place to ensure the display, including the cart, did not move.

13. Defendant, COSTCO, by and through its agents and/or employees, breached their non-delegate duty to persons, such as Plaintiff, by:

a. Creating a dangerous condition of not properly locking the cart so that people could easily fall;

b. Failing to inspect the vendor's display and cart to ensure it was maintained in a safe manner;

c. Failing to place signs warning signs of the dangerous condition; and/or

d. Failing to require KW to correct the dangerous condition.

14. The negligent condition was caused by the Defendant, COSTCO, was known to Defendant, COSTCO, or had existed for sufficient length of time so that Defendant, COSTCO should have known of it.

15. As a result of the actions or inactions of COSTCO, its agents and/or employees, the cart moved unexpectedly causing the Plaintiff to fall.

16. As a result of his fall, the Plaintiff was injured in or about his extremities, suffered bodily injuries, and resulting in pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, inconvenience, medical and nursing care and treatment, physical handicap,

rehabilitation expense, loss of insurability, aggravation of pre-existing condition, and the injuries and losses are permanent, and Plaintiff will continue to suffer the losses and impairment in the future.

**WHEREFORE**, the Plaintiff, EUGENE SYROTA, demands judgment against Defendant, COSTCO, for damages, costs, and such other relief as the Court deems just and proper.

**COUNT II - NEGLIGENCE CLAIM AGAINST DEFENDANT, KURT WEISS GREENHOUSES, INC.**

Plaintiff, EUGENE SYROTA, realleges and reavers paragraphs 1 through 10 above, as if fully set forth herein.

17. At all times hereto, Defendant, KW, owned and stocked the cart that displayed the Poinsettia plant that Plaintiff attempted to retrieve when the fall incident occurred.

18. Defendant, KW, by and through its agent and/or employees, owed a duty to persons, such as Plaintiff to:

a. Maintain a safe environment whereby business invitees could shop without fear of injury;

b. Inspect its displays to ensure there was no risk of danger or potential injury occurring as a result of the display set up;

c. Place warning signs or notices to make business invitees aware of any hazards surrounding the product display and/or cart; and/or,

d. Put safety measures in place to ensure the display, including the cart, did not move.

19. Defendant, KW, by and through its agents and/or employees, breached their non-delegate duty to persons, such as Plaintiff, by:

a. Creating a dangerous condition of not properly locking the cart so that people could easily fall;

b. Failing to inspect the display and cart to ensure it was maintained in a safe manner; and/or,

c. Failing to place signs warning signs of the dangerous condition.

20. The negligent condition was caused by the Defendant, KW, was known to Defendant, KW, or had existed for sufficient length of time so that Defendant, KW should have known of it.

21. As a result of the actions or inactions of COSTCO, its agents and/or employees, the cart moved unexpectedly causing the Plaintiff to fall.

22. As a result of his fall, the Plaintiff was injured in or about his extremities, suffered bodily injuries, and resulting in pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, inconvenience, medical and nursing care and treatment, physical handicap, rehabilitation expense, loss of insurability, aggravation of pre-existing condition, and the injuries and losses are permanent, and Plaintiff will continue to suffer the losses and impairment in the future.

**WHEREFORE**, the Plaintiff, EUGENE SYROTA, demands judgment against Defendant, KW, for damages, costs, and such other relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Trial by jury is demanded as to all issues so triable by right.

DATED this 17th day of November, 2025.

Respectfully submitted,

**BILLING, COCHRAN, LYLES,**
**MAURO & RAMSEY, P.A.**
Las Olas Square, Suite 600
515 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 764-7150/(954) 764-7279 (facsimile)
ftl-pleadings@bclmr.com
***Attorneys for Plaintiff***

By: /s/ Lori B. Lewellen
LORI B. LEWELLEN, ESQ.
Florida Bar No. 637696
lbl@bclmr.com
marim@bclmr.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 17, 2025, a true and correct copy of the foregoing was filed with the Clerk of Broward Circuit Court via Florida's ePortal filing system. A copy will also be served upon Defendants along with service of process.

/s/ Lori B. Lewellen
LORI B. LEWELLEN, ESQ.
Florida Bar No. 637696